IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**RICHARD P. WOLENTER**

    **Plaintiff**

**v.**

**BENEFICIAL BANCORP, INC., et al.**

    **Defendants**

CIVIL NO.  JKB-18-3379

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the Notice of Voluntary Dismissal filed on January 4, 2019 (ECF No. 4), with the dismissal with prejudice accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 7th day of January, 2019.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge